```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
In Re: Carole Richards                  :
                   Debtor,              :
----------------------------------------:
                                        :
Carole Richards,                        :
                                        :     20cv4412(DLC)
          Plaintiff/Appellant,          :
                                        :        ORDER
          -v-                           :
                                        :
Credit Suisse First Boston Mortgage     :
Securities Corp., CSAB Mortgage-Backed  :
Pass-Through Certificates,              :
Series 2006-1,                          :
                                        :
Wells Fargo Bank, N.A., U.S. Bank       :
National Associations, and Employees,   :
directors, representatives, and         :
affiliated companies, of any of         :
the above-named Defendants, who         :
directly or indirectly have             :
participated, or participate, in the    :
submission, in this or a related court  :
proceeding, of information that he,     :
she, or it knows to be untrue, said     :
defendant(s) to be identified,          :
                                        :
          Defendants/Appellees,         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    The above case has been assigned to me for all purposes.

It is hereby

    ORDERED that the appellant file its brief by **June 26, 2020.**

The appellees shall file their opposition brief by **July 10**. The appellant's reply brief, if any, must be filed by **July 24**.

Dated:    New York, New York
         June 16, 2020

                                    _____
                                           DENISE COTE
                                    United States District Judge