# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE: CAROLE RICHARDS,

        Debtor.

------------------------------------------------------------X

CAROLE RICHARDS,

        Plaintiff/Appellant,        20 **CIVIL** 4412 & 20 **CIVIL** 4468 (DLC)

    -against-        **JUDGMENT**

CREDIT SUISSE FIRST BOSTON MORTGAGE
SECURITIES CORP., CSAB MORTGAGE-BACKED
PASS-THROUGH CERTIFICATES, SERIES
2006-1, WELLS FARGO BANK, N.A., U.S.
BANK NATIONAL ASSOCIATIONS, and
employees, directors, representatives, and
affiliated companies, of any of the above-named
defendants, who directly or indirectly have
participated, or participate, in the submission, in
this or a related court proceeding, of information
that he, she, or it knows to be untrue, said
defendant(s) to be identified,

        Defendants/Appellees.

------------------------------------------------------------X

    It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 3, 2021, the Bankruptcy Court's May 19, 2020 denial of the Appellant's Motions to Reargue is affirmed. Judgment is entered for the Appellees and the case is remanded for further proceedings.

**Dated:**  New York, New York
        February 4, 2021

                **RUBY J. KRAJICK**
                _____
                **Clerk of Court**
    **BY:**  _K. Mango_
                _____
                **Deputy Clerk**